978 F.2d 1257
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael R. WILSON, Plaintiff-Appellant,
v.
Pursey SMITH, Officer; Lieutenant Mitchell, Defendants-Appellees.
 No. 92-6921.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: October 26, 1992
Decided: November 13, 1992
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-91-765-CRT-BO)
 Michael R. Wilson, Appellant Pro Se.
 E.D.N.C.
 Dismissed.
 Before ERVIN, Chief Judge, and RUSSELL and WIDENER, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Michael R. Wilson filed suit under 42 U.S.C. § 1983 (1988) and sought leave to proceed in forma pauperis. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case when Plaintiff failed to comply with the fee order. Plaintiff appeals. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 We modify the district court's order to reflect that the dismissal was without prejudice. 28 U.S.C. § 2106 (1988)